UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT WILLIAM WATSON, 9.11.2001
WTC SURVIVOR IN RE SEPTEMBER 11TH
LITIGATION AS PERSONAL
REPRESENTATIVE OF EVELYN WATSON,

                        Plaintiffs,

-against-

GATEWAY PROPERTIES LPP; VICKERY,
JACK, PROPERTY MANAGER; PORTNOY,
GENADIY, PROPERTY MANAGER;
SALAMA, JERRY, MEMBER OF GP;
FELIPE SOLIS,

                        Defendants.

25-cv-1955 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the July 23, 2025, order, the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 18, 2025
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                            Chief United States District Judge